UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RICHARD RANDOLPH**                                                                                              **PLAINTIFF**

**v.**                                       **CASE NO. 3:10cv00135 BSM**

**B & K GROUP, INC., d/b/a BEST**
**WESTERN BLYTHEVILLE INN**
**and BNSF RAILWAY COMPANY**                                                   **DEFENDANTS**

## ORDER

Plaintiff Richard Randolph ("Randolph") requests that separate defendant B & K Group, Inc., doing business as Best Western Blytheville Inn ("Best Western"), be compelled to submit its Rule 26 initial disclosures and answer his first set of interrogatories and requests for production. [Doc. No. 17]. Best Western has not responded. The motion is granted.

The Joint Rule 26(f) Report required that initial disclosures be made by September 30, 2010. Best Western failed to meet this deadline, and on October 8, 2010, Randolph's counsel sent Best Western's counsel a letter stating that the initial disclosures were overdue and should be filed as soon as possible. Randolph's counsel contacted Best Western's counsel again on October 18, 2010, and November 8, 2010. The initial disclosures, however, have not been filed.

On July 16, 2010, Randolph submitted his first set of interrogatories and requests for production to Best Western. Best Western's responses were due on October 12, 2010. Best Western failed to meet this deadline. On October 18, 2010, and November 8, 2010, Randolph's counsel contacted Best Western's counsel to try and resolve the issue. Best

Western has not provided Randolph with its responses.

For good cause shown, Randolph's motion to compel [Doc. No. 17] is granted. Best Western is directed to submit its Rule 26 initial disclosures and responses to Randolph's first set of interrogatories and requests for production on or before February 21, 2011.

IT IS SO ORDERED this 11th day of February, 2011.

                                                _____
                                                UNITED STATES DISTRICT JUDGE