FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 22 2011

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

RICHARD RANDOLPH                                     PLAINTIFF

v.                          NO. 3:10 CV00135-BSM

B & K GROUP, INC., d/b/a
BEST WESTERN BLYTHEVILLE INN
and BNSF RAILWAY COMPANY                             DEFENDANTS

### ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the disputes that form the basis

of this litigation have been resolved, hereby dismisses the Complaint of Plaintiff, Richard Randolph,

against Defendants B&K Group, Inc. d/b/a Best Western Blytheville Inn and BNSF Railway

Company and the cross-claim of BNSF Railway Company against B&K Group, Inc. d/b/a Best

Western Blytheville Inn, with prejudice.

IT IS SO ORDERED this 21st day of November, 2011.

The Honorable Brian S. Miller
United States District Judge

APPROVED BY:

Joshua D. Margolis
Attorney for Plaintiff


Richard A. Reid
Attorney for B&K Group, Inc.


Alfred F. Angulo, Jr.
Attorney for BNSF Railway Company